**Louis J. Esbin, Esq., CBLS (Cal Bar No. 119705)**
**LAW OFFICES OF LOUIS J. ESBIN**
**27451 Tourney Road, Suite 120**
**Valencia, California 91355**
**P: 661-254-5050 | F: 661-254-5252**
**Email: Louis@Esbinlaw.com**

Attorneys for Debtors in Possession, John Michael Smith, Jr. and Rebecca Phelps Smith

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Chapter 11 Case |
| JOHN MICHAEL SMITH, JR. AND REBECCA PHELPS SMITH, | Case No. 1:20-bk-10678-VK |
| | Adv. Proc Case No. 1:20-ap-01111-VK |
| Reorganized Debtor | |
| REBECCA PHELPS SMITH, | PROOF OF SERVICE OF: COMPLAINT; SUMMONS AND STATUS CONFERENCE INSTRUCTIONS |
| Plaintiff, | Date: January 6, 2021 |
| v. | Time: 1:30 PM |
| | Place: Courtroom 301 |
| LOUIS F. STRIGARI, in his capacity as the Administrator of the Estate of Joyce Applegate, | 21041 Burbank Blvd., Woodland Hills, CA |
| Defendants. | |

TO THE HONORABLE VICTORIA A. KAUFMAN, BANKRUPTCY JUDGE;

DEFENDANT, LOUIS STRIGARI, IN HIS CAPACITY AS THE ADMINISTRATOR OF

THE ESTATE OF JOYCE APPLEGATE, PARTIES IN INTEREST AND COUNSEL OF RECORD:

NOTICE IS GIVEN that on November 2, 2020, the Complaint, the Summons and the Status Conference Instructions were served on LOUIS F. STRIGARI, in his capacity as the Administrator of the Estate of Joyce Applegate. Attached and incorporated by reference is the proof of service.

Dated: November 11, 2020              LAW OFFICES OF LOUIS J. ESBIN

/s/ Louis J. Esbin
LOUIS J. ESBIN, ESQ.
Attorneys for Debtor and Plaintiff,
Rebecca Phelps Smith

| | | |
|---|---|---|
| In re John Michael Smith, Jr. and Rebecca Phelps Smith | | Chapter 13 |
| | Debtor(s) | Bankr. Case No. 1:20-bk-10678-VK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Law Offices of Louis J. Esbin
27451 Tourney Road, Suite 120, Valencia, California 91355

A true and correct copy of the foregoing document described
**A. Summons;**
**B. Status Conference Instructions;**
**C. COMPLAINT FOR: 1. DECLARATORY RELIEF; 2. INJUNCTIVE RELIEF FOR VIOLATION OF AUTOMATIC STAY; 3. TURNOVER OF PROPERTY OF THE BANKRUPTCY ESTATE; 4. ATTORNEY FEES AND COSTS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 2, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Louis J. Esbin (louis@esbinlaw.com)

Ambrish B Patel (apatelEI@americaninfosource.com)
Katherine Bunker (jolene.tanner@usdoj.gov)
Jolene Tanner (kate.bunker@usdoj.gov)

US Trustee (ustpregion16.wh.ecf@usdoj.gov)

☐ Service information continued on attached page

**2. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On November 2, 2020, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria S. Kaufman, Bankruptcy Judge
21041 Burbank Blvd., Suite 354, Woodland Hills, CA 91367

Eric W. Goering, Goering & Goering LLC
220 West Third Street, Cincinnati, Ohio 45202

John Michael Smith, Jr. And Rebecca Phelps Smith
22190 Tumbleweed Drive, Canyon Lake, CA 92587

Louis F. Strigari, Estate Administrator
700 Walnut St. Suite 310, Cincinnati, Ohio 45202

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 2, 2020, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 2, 2020 | Linda Dekker | /s/ Linda Dekker |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**